469 A.2d 290

Commonwealth, Appellant v. Shaw.

Submitted March 30, 1983. John M. Dawson, Assistant District Attorney, for Commonwealth, appellant; Philip S. Friedman, for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Affirmed.

CAVANAUGH, J., concurred in the result.